FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry: 08/14/2025

A search warrant, issued by the United States District Court for the District of Columbia on August 11, 2025, was executed on August 12, 2025, at ███████████ Washington, DC ███ at approximately 6:03am.

Present at the residence were Victor Blythe (Blythe) and Robert Blythe.

Law enforcement personnel present during the execution of the warrant were: SSA Matthew Fowler, SSA Josh Huckel, SA Blake Frohnapfel, SA Matthew Lee, SA Tonya Sturgill Griffith, SA Remy Walsh, SA Paulina Murphy, SA Alissa Thayer, SA Jacqueline Scott, SA Olivia Temrowski, SA Patrick Francisco, SA Ben Burnheimer, TFO Bryan Mancuso, SA Kelly McLeod, TFO Tim Palchak, SA Kathleen Callaway, SA Tim Myers and TFO Blake Allbritton. SOS Alexa Weinstein, DFS Sonya Saenz and DFE Emily Sleeth arrived on-scene after the residence was cleared.

SAs John Joyce, Chris Bukovec and Scott Schumacher were present for the clearing of the residence, but did not participate in the search.

Det. William Carter and Det. Khodabakhchian from the Fairfax County Police Department Child Exploitation Unit were also at the residence at the search.

The search warrant included the use of biometrics to open digital devices. This portion of the warrant affidavit was shown to Blythe as facial recognition was present on both his iPhone and laptop. When agents attempted to open Blythe's phone by placing it in front of his face, Blythe turned his head in an effort to prevent the phone from being opened. When the phone was placed in front of him a second time, Blythe manually entered the passcode without being asked or prompted saying it was easier to do it that way. Blythe also entered the passcode into his laptop and the code was observed to be ██████, which is Blythe's date of birth.

CSAM was located on Victor Blythe's iPhone during on-scene preview and concurrence was granted by the DC US Attorney's Office for a warrantless arrest. Victor Blythe was processed on scene by SA Griffith and transported by SAs Walsh and Thayer which will be documented under separate FD-302.

Investigation on 08/12/2025 at Washington, District Of Columbia, United States (In Person)

File # 305D-WF-4114058                                           Date drafted 08/12/2025

by Tonya Sturgill Griffith, SA Blake E. Frohnapfel

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

305D-WF-4114058

Continuation of FD-302 of (U) Search of 1776 Sycamore St NW, Washington, DC 20012 , On 08/12/2025 , Page 2 of 2

A copy of the warrant and an FD-597 Receipt of Property were left at the residence. Agents left the search location at approximately 8:47am. Four items of digital media were seized from the residence.

Maintained in the 1A section are the FD-597 Receipt for Property, sketch, photo log, and a CD containing the search photographs.