# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 25-cr-253** |
| **v.** | **:** | |
| | **:** | |
| **VICTOR RENATO BLYTHE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant additional discovery, as outlined in the enclosed discovery letter, dated October 8, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  */s/ Rachel Bohlen*
Rachel Bohlen
DC Bar No. 1010981
Assistant United States Attorney
601 D St NW
Washington, DC 20530
(202) 809-3575
rachel.bohlen@usdoj.gov



U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

October 8, 2025

**<u>VIA USAFX</u>**

Maria Jacob, Esq.
maria_jacob@fd.org

       Re:     Discovery Production Letter No. 3
               <u>*United States v. Victor Renato Blythe,*</u> 25-cr-253

Dear Counsel:

I am writing to memorialize the production of the following material in discovery.

The following items were provided to you via USAFx on October 3, 2025:

- Diagram of home from search warrant execution
- Grand jury transcript

The following items were provided to you via USAFx on October 8, 2025:

- 1A-1C-Report.xlsx
- 305D-WF-4114058_0000002.pdf
- 305D-WF-4114058_0000003.pdf
- 305D-WF-4114058_0000005.pdf
- 305D-WF-4114058_0000006.pdf
- 305D-WF-4114058_00000012.pdf
- 305D-WF-4114058_0000012_1A0000008_0000001_PHYSICAL.pdf
- 305D-WF-4114058_0000012_1A0000008_0000002.pdf
- 305D-WF-4114058_0000017_1A0000013_0000001.pdf
- 305D-WF-4114058_0000019_1A0000015_0000001.pdf
- 305D-WF-4114058_0000023.pdf
- 305D-WF-4114058_0000023_Import.pdf
- 305D-WF-4114058_0000025_Redacted.pdf
- 305D-WF-4114058_0000026_1A0000017_0000001.pdf

- 305D-WF-4114058-SBP_0000007_1A0000005_0000001.pdf
- Case Evidence Report.xlsx
- Case Evidence Report 8.26.xlsx
- Manifest.xlsx
- Manifest 8.26.xlsx
- Serial-Report.xlsx
- Serial-Report 8.26.xlsx
- E-mail: Re_ Search warrant execution - BWC_.pdf
- Skype messages

I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Rachel Bohlen*

Rachel Bohlen
Assistant United States Attorney
Phone: (202) 809-3575
E-mail: Rachel.Bohlen@usdoj.gov