**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 25-cr-253 (DLF)** |
| **VICTOR RENATO BLYTHE,** | |
| **Defendant.** | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for Mr. Blythe, Maria Jacob, respectfully submit this joint status report, as requested by the Court on November 25, 2025. The parties have consulted and agree that the government file its opposition by Friday, November 28, 2025, and the defense file any reply by Tuesday, December 2, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Rachel Bohlen*
Rachel Bohlen
DC Bar No. 1010981
Assistant United States Attorney
601 D St NW
Washington, DC 20530
(202) 805-3575
rachel.bohlen@usdoj.gov

1