**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No.    25-cr-253 (DLF)** |
| **VICTOR RENATO BLYTHE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## RESPONSE TO ORDER OF THE COURT

Mr. Blythe, through undersigned counsel, submits this response to the order of the Court issued on January 7, 2026, asking the defendant to respond to the allegations in ECF No. 49, specifically the violation that occurred on December 19, 2025.

On December 19, 2025, on the way back from an approved appointment, Mr. Blythe stopped at his prior residence to obtain some winter clothing and shoes. Mr. Blythe had not been back to this residence since the execution of the search warrant where he was arrested with very little clothing.

Mr. Blythe is regretful of making this stop without seeking preapproval or notifying pretrial services. He was not trying to evade his conditions of release but rather did not entirely understand that when he is on a preapproved visit, he cannot make any other stops that are not also approved, no matter how brief. Mr. Blythe takes this admonishment from the Court very seriously and is now completely clear on what his obligations are. He assures the Court that this will never happen again.

To date, Mr. Blythe, through his third-party custodian, has been diligently emailing his pretrial services officer of all of his appointments, including the times, the dates, and the expected completion and arrival time. Undersigned counsel has been cc'ed on all these

communications. Mr. Blythe is taking the conditions of the Court very seriously and assures the

Court that it was not his intention to violate a condition.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org