UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 25-cr-253 (DLF) |
| VICTOR RENATO BLYTHE | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STATUS REPORT**

The parties submit the following status report pursuant to the minute order issued by the Court on March 3, 2026, requesting that the parties advise the Court of the next status date chosen by the parties and the parties' position regarding excluding time under the Speedy Trial Act.

The parties have communicated with the courtroom clerk and selected March 25, 2026 at 9:00AM as the next status date.

The parties agree that time should be excluded through this next status hearing pursuant to the Speedy Trial Act.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

 */s/ Rachel Bohlen*
Rachel Bohlen
DC Bar No. 1010981
Assistant United States Attorney
601 D St NW
Washington, DC 20530
(202) 805-3575
rachel.bohlen@usdoj.gov