**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. 25-cr-253 (DLF)** |
| **VICTOR RENATO BLYTHE,** | |
| **Defendant.** | |

## GOVERNMENT'S MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves requests that this Court continue the status hearing scheduled for March 4, 2026. In support of this motion, the government makes the following representations:

1. Mr. Blythe is currently charged with one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), (b)(1) and one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4), (b)(2).

2. The Court is aware of the facts of the case. Mr. Blythe was originally charged with offenses related to an individual in Virginia, C.D. Subsequent pleadings have also stated that Mr. Blythe distributed child sexual abuse material (CSAM) to another man. █████

3. The FBI recently completed review of Mr. Blythe's phone and observed three instances in which Mr. Blythe distributed CSAM to ████ between 2019 and 2021. There are other instances in which Mr. Blythe sent child exploitative/age questionable material to ████.

3

4. 

5.

6.

7.

8.

9. On Monday, March 2, 2026, undersigned counsel notified counsel for the defendant, Maria Jacob, of the potential conflict and this request. Counsel is not opposed to the government's request for a continuance.

WHEREFORE, for these reasons, the United States respectfully requests that this Court

set a further status date for the week of March 23, 2026. This should give OGC sufficient time to

evaluate the case and provide the government with a resolution as to the potential conflict.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

_/s/ Rachel Bohlen_____
Rachel Bohlen
DC Bar No. 1010981
Assistant United States Attorney
601 D St NW
Washington, DC 20530
(202) 805-3575
rachel.bohlen@usdoj.gov