UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No.   25-cr-253 (DLF) |
| VICTOR RENATO BLYTHE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STATUS REPORT

Victor Blythe, through counsel, submits this status report pursuant to the minute order issued by the Court on March 3, 2026, ordering the defendant to identify the date upon which Mr. Blythe's third party-custodian must switch to a hybrid work schedule.

Mr. Blythe's third party custodian has advised that beginning on March 30, 2026, her hybrid schedule will begin, requiring her to report to the office, at most, three times a week.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org