

Dear Judge,

I am writing to provide a character reference for my friend, Victor Blyth. I have known Victor since 1998, and during this time, I have observed his love, kindness, and reliability in a personal context.

Victor is my friend for life. He has consistently demonstrated love, kindness, and reliability. Victor always remembers my birthday, especially during covid. Covid was a difficult and lonely time for my family. Victor got together with 3 other friends and we had an amazing distance birthday party in my front yard. I was overwhelmed by his love for me as looked around and hoped that we'd all be safe. We called each other, video and text during that time.

I have gotten to know Victor and his family on a personal basis. I have attended Victors mother's funeral. It was both a happy and a sad time for Victor. Victor loved his mother very much. They were very close. Victor was happy that she lived a good life but misses her dearly. I'm glad I was there for him during that time as he is always there for me.

Our friendship is a two-way street. For me, I see Victor as value added to society. Victor saves lives. I heard him several times talking about saving people's lives through therapy. I have no idea who these people are, and he's never mentioned names, but Victor was there for them. In turn when cases are hard, Victor and I relied on each other to get through the traumatic trauma of cases. We did this to be able to dust off and come back to work tomorrow.

I believe that my friend Victor would be an excellent person for lessor sentence, as he possesses the qualities necessary to help society. I am a social worker by trade and I beg wholeheartedly recommend him without reservation.

Thank you for taking this time to read this reference. Please feel free to contact me if you need any further information.

Sincerely,

Kim Cauthen, MSW