

I respectfully submit this letter on behalf of Victor Blythe, whom I have known in a personal capacity for 30 years. I offer this recommendation to provide insight into his character, responsibility, and capacity for continued personal growth.

During my association with Mr. Blythe, he has demonstrated accountability for his actions and a sincere commitment to self-improvement. He approaches his obligations with seriousness and reflection and has shown a clear understanding of the importance of lawful conduct and personal responsibility. His demeanor is respectful, measured, and increasingly disciplined.

Mr. Blythe has taken meaningful steps toward rehabilitation, including engaging constructively with guidance and demonstrating a desire for stability and productive engagement. He is receptive to feedback, applies lessons learned, and shows motivation to make responsible choices going forward. These efforts reflect maturity and an awareness of the consequences of his actions.

Based on my observations, I believe Mr. Blythe possesses the character and resolve necessary to continue a positive path. He has shown the capacity to reintegrate responsibly and to contribute in a constructive manner if given the opportunity.

Thank you for your time and consideration. I would be willing to provide additional information if requested.

Respectfully,

**Molly F. Snyder, PMP**
Sr. Project Manager - PPMO
University of Rochester - University IT



**University of Rochester**