Tuesday, April 28, 2026


Re: Victor Blythe's character


To Judge Friedrich,


I don't remember exactly when I came to know Victor. I guess that I've known him for 15 -20 years. I met him through a mutual friend, Michael L. The three us being gay clinical social workers made us a natural fit as friends. Usually, it was the 3 of us along with a few others hanging out and doing normal things. DMV tourist attractions, spending time at Victor's house (it was the nicest), visiting other mutual friends, celebrating birthdays/holidays, occasional road trips and always different restaurants. Occasionally, it would just be the two of us although it was more fun when it was a group of us.

I've always liked Victor and been thankful for our friendship. We are both African American, gay men, clinical social workers, close in age who enjoyed traveling the world. Both of us had divorced parents and grew up in middle class homes although I admired Victor because he introduced me to the Black upper middle class as opposed to my working middle class upbringing. We had similar sibling structures, but he lived a life that made me think...NICE. Big nice house (my mother would have LOVED Victor's family home well-appointed and decorated in her favorite colors). Fancy nice neighborhood. Nice cars. Victor seemed to represent my life in an alternate universe. Both of us having one brother with some special needs and one sister.

I never envied Victor's life but I certainly admired it. That was until last year when I heard about his arrest. Gobsmacked is the closest word to describing my state of being after hearing the news. After regaining my composure, I had no choice but to call Victor. He has always been my friend, he's always been kind to me, we've always had not just good times, but good and positive/wholesome times together. Never any negativity, drama or messiness. We didn't spend time complaining or talking down about others. We shared life and had fun. We don't always agree politically or socially, but I will always be thankful to God for my friendship with Victor Blythe.

When I initially called him, I listened and didn't ask a bunch of intrusive (salacious?) questions. I wanted to be there for him. However, I was relieved that from the beginning Victor admitted that he made mistakes and he regretted them. I didn't quite know how I would have handled it if Victor had not been willing to take responsibility for his role in

causing his current predicament. He made some bad choices, and he regrets them and like most of us, he wishes he'd done things differently.

Victor Blythe is a good guy who made a huge mistake and he regrets it. Victor has never, to my knowledge, intentionally hurt anyone, young or old. Victor has always been a positive influence in my life. I still admire him. I admire how he demonstrates the love he has for his family. I admire his devotion, commitment and caregiving for his late mother. I admired how he remained at home and supported his disabled brother. I admire how he worked to be a skilled clinician, a therapist and a helping professional.

I am praying for Victor. I am praying that God will heal and protect him. I am praying that God, and others, will extend mercy and grace to Victor. I am praying that he continues to learn lessons that will enable him to be a better person and a better helper to others.

Sincerely,

*Donald Burch, III*

Donald Burch, III – MSW

Independent Clinical Social Worker