To Judge Friedrich,

Over these last 9 months, I have had ample time to reflect on how my behavior has affected others, in particular the individuals of the pictures and videos which I viewed. Although I did not take part in the making or production of the material, I deeply apologize to the children in the pictures and videos for now I clearly realize that my conduct has contributed to the cycle of child abuse and the production of child pornography. My consumption of it feeds that cycle. I firmly understand there are no innocent bystanders in this entity.

Although I have struggled most of my life, with the unusual interests of my Paraphilia Disorder, I have always made it a hard line in my life to never touch a child or a minor, period! Quite frankly, I found this hard line rather easy to maintain based on sexually inappropriate behavior which I encountered as a child, myself.

My arrest and conviction has affected my life and the life of my loved ones (family, friends, and colleagues) in immeasurable ways. The life I once had, has been ruined in so many ways. I lost my beloved family home which had to be sold due to my loss of income. Personal assets have had to be liquidated, and my career has been destroyed as I will never be able

to practice Psychotherapy again due to loosing my state licenses to practice. I almost lost my life as a result of a vicious assault at the D.C. Jail resulting in a serious brain injury which will affect my health for the rest of my life. My beloved sister has worked tirelessly trying to manage my affairs and the affairs of my family which has put a tremendous strain on her, her husband, and her children. She frequently cries worrying about me and my safety. During my most gracious release into her custody for medical recovery from November, 2025, to May 2026, I have done everything I could to "jump start" repairing my life and rehabilitate myself. Weekly individual Psychotherapy and Counseling plus sex offender treatment groups with Dr. Berlin at the Johns Hopkins Sex and Gender Clinic has had a profoundly positive effect on my corrective healing. I look forward to getting back to Dr. Berlin and Dr. Kraft as soon as possible. I am committed to building on the work we have already started. Both doctors have indicated the potential for employment at the clinic upon my release back into the community.

Judge Friedrich, I wanted to personally thank you for your care and concern over my health and safety with my release home for the past 5 months. I deeply appreciate it, and it means a lot to me. I will never forget your human compassion.

In closing, the court will never have to worry about me viewing child pornography again because I have learned my lesson. The court, also, will never have to worry about me inappropriately touching a child/minor, which, I have never done in my entire life. With active professional engagement through weekly Psychotherapy and Counseling plus sex offender treatment, I have been allowed the opportunity to get to the roots of my behavior.